IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ARTHUR L. JOHNSON,**<br><br>Plaintiff,<br><br>v.<br><br>**SCOTT KERNAN,**<br><br>Defendant. | Case No. 5:17-cv-07133-BLF<br><br>[PROPOSED] ORDER GRANTING DEFENDANT'S SECOND MOTION TO CHANGE TIME |

Defendant S. Kernan filed an administrative motion seeking a seventy-five-day extension of time, up to and including February 4, 2019, to file a dispositive motion. The Court has read and considered Defendant's motion and the accompanying supporting declaration of counsel, and finds that good cause exists to GRANT Defendant's motion. Defendant will file a dispositive motion by February 4, 2019. Plaintiff's opposition to the dispositive motion shall be filed with the Court and served on Defendants no later than twenty-eight days from the date Defendant's dispositive motion is filed. Defendant shall file a reply brief no later than fourteen days after Plaintiff's opposition is filed.

**IT IS SO ORDERED.**

Dated: November 26, 2018

_____
The Honorable Beth Labson Freeman