IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ARTHUR L. JOHNSON,**<br><br>　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>**SCOTT KERNAN,**<br><br>　　　　　　　　　　Defendant. | Case No. 5:17-cv-07133-BLF<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION TO CHANGE TIME TO RESPOND TO PLAINTIFF'S MOTION (ECF NO. 29)** |

　　Defendant S. Kernan filed an administrative motion seeking a forty-nine-day extension of time, up to and including February 4, 2019, to file a response to Plaintiff's motion for summary judgment. The Court has read and considered Defendant's motion and the accompanying supporting declaration of counsel, and finds that good cause exists to GRANT Defendant's motion. Defendant will file an opposition to Plaintiff's motion by February 4, 2019. Plaintiff shall file a reply brief no later than fourteen days after Defendant's opposition is filed.

　　**IT IS SO ORDERED.**

Dated: _December 18, 2018_

　　　　　　　　　　　　　　　　　　　　　　　　　_/s/ Beth Labson Freeman_
　　　　　　　　　　　　　　　　　　　　　　　　　The Honorable Beth Labson Freeman