UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTHUR L. JOHNSON,<br><br>  Plaintiff,<br><br>  v.<br><br>SCOTT KERNAN,<br><br>  Defendant. | Case No. 17-07133 BLF (PR)<br><br>**ORDER GRANTING MOTION FOR EXTENSION OF TIME TO FILE OPPOSITION**<br><br>(Docket No. 35) |

Plaintiff, a California inmate proceeding *pro se* filed a civil rights complaint pursuant to 42 U.S.C. § 1983.[1] The Court found the complaint, liberally construed, stated a cognizable claim and directed Defendant to file a dispositive motion. (Docket No. 12.) On February 1, 2019, Defendant filed a motion to dismiss. (Docket No. 34.) Plaintiff has filed a motion requesting a fourteen-day extension of time to file an opposition to Defendant's motion to dismiss. (Docket No. 35.) Plaintiff requests the additional time because his physical ailments and limited library use limit his ability to file an opposition in the time provided. (Docket No. 36 at 2.)

---

[1] The matter was reassigned to this Court on January 6, 2018, after Plaintiff declined magistrate jurisdiction. (*See* Docket Nos. 4, 6.)

Order Granting Mot. for Ext. of Time to File Opposition
PRO-SE\BLF\CR.17\07133Johnson_eot-opp

Having shown good cause, Plaintiff's motion is **GRANTED**. Plaintiff shall file an opposition **no later than March 4, 2019**. Defendant shall file a reply brief **no later than fourteen days** after Plaintiff's opposition is filed.

This order terminates Docket No. 35.

**IT IS SO ORDERED.**

Dated: February 26, 2019

*/s/ Beth Labson Freeman*
BETH LABSON FREEMAN
United States District Judge