IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ARTHUR L. JOHNSON,** | Case No. 5:17-cv-07133-BLF |
| Plaintiff, | **[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION TO CHANGE TIME TO RESPOND TO PLAINTIFF'S OPPOSITION** |
| v. | |
| **SCOTT KERNAN,** | |
| Defendant. | |

Defendant S. Kernan filed an administrative motion seeking an extension of time, up to and including April 29, 2019, to file a response to Plaintiff's opposition, if any, to Defendant's motion to dismiss. The Court has read and considered Defendant's motion and the accompanying supporting declaration of counsel, and finds that good cause exists to GRANT Defendant's motion. Defendant will file a reply to Plaintiff's opposition by April 29, 2019, or fourteen days after Plaintiff files an opposition to Defendant's motion to dismiss, whichever is later.

**IT IS SO ORDERED.**

Dated: March 6, 2019

The Honorable Beth Labson Freeman