UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTHUR L. JOHNSON,<br><br>    Plaintiff,<br><br>    v.<br><br>SCOTT KERNAN,<br><br>    Defendant. | Case No. 17-07133 BLF (PR)<br><br>**JUDGMENT** |

The Court has granted Defendant's motion to dismiss and dismissed all claims in this action. Judgment is entered accordingly.

**IT IS SO ORDERED.**

**Dated:** August 6, 2019

_____
BETH LABSON FREEMAN
United States District Judge

Judgment
PRO-SE\BLF\CR.17\07133Johnson_judgment